IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHYLLIS D. BEARD, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cv-00829 |
| | ) | Judge Trauger |
| ROBERTSON COUNTY BOARD OF EDUCATION, | ) ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Robertson County Board of Education (Docket No. 21) is **GRANTED**, and this case is hereby **DISMISSED**. Entry of this Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 12th day of January 2010.

_____
ALETA A. TRAUGER
United States District Judge